IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**NENA L. CARNEY,**

    **Plaintiff,**

vs.                              Case No. 4:07cv237-MP/WCS

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Defendant has moved for entry of final judgment in favor of Plaintiff because the Commissioner has found Plaintiff to be eligible for social security benefits upon remand pursuant to sentence six of 42 U.S.C. § 405(g). Doc. 18. Plaintiff does not object. *Id.*

Good cause has been shown, and it is **RECOMMENDED** that the court enter final judgment in favor of Plaintiff.

**IN CHAMBERS** at Tallahassee, Florida, on September 2, 2008.

                                   s/  William C. Sherrill, Jr.
                                   **WILLIAM C. SHERRILL, JR.**
                                   **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**