IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NENA L CARNEY,

    Plaintiff,

v.                                                      CASE NO. 4:07-cv-00237-MP-WCS

MICHAEL J ASTRUE,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 19, Report and Recommendation of the Magistrate Judge, which recommends that the Court grant the Commissioner's motion for final judgment in favor of Plaintiff at Doc. 18. The Commissioner brought the motion for final judgment after finding Plaintiff to be eligible for social security benefits upon remand pursuant to sentence six of 42 U.S.C. § 405(g). Doc. 18. Plaintiff is unopposed to the motion, id., and no objection has been filed to the Magistrate's Report. Upon consideration, the Court finds that the Report and Recommendation of the Magistrate should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge, Doc. 19, is adopted and incorporated herein. Defendant's motion for final judgment, Doc. 18, is GRANTED. The clerk is directed to enter final judgment in favor of Plaintiff.

**DONE AND ORDERED** this <u> 6th</u> day of October, 2008

                                    *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge