IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NENA L. CARNEY,

    Plaintiff,

v.                                              CASE NO. 4:07-cv-00237-MP-WCS

MICHAEL J. ASTRUE,

    Defendant.
_____/

### O R D E R

    This matter is before the Court on Doc. 22, Motion for Attorneys' Fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, filed by Plaintiff Nena L. Carney. Defendant is unopposed to the motion. Doc. 23. Upon consideration, the motion at Doc. 22 is GRANTED. The Court hereby awards $1,018.79 to Plaintiff for attorneys' fees under the EAJA. Plaintiff's motion includes an assignment to Plaintiff's counsel, Cox & Burns, P.A., of any fees awarded. Accordingly, Defendant should direct payment of the award to Cox & Burns, P.A.

    **DONE AND ORDERED** this   *12th* day of November, 2008

                      *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge